FILED: February 12, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-115
(8:19-cv-02173-LKG)

_____

VSL PHARMACEUTICALS, INC.; LEADIANT BIOSCIENCES, INC., formerly doing business as Sigma-Tau Pharmaceuticals, Inc.; ALFASIGMA USA, INC.

        Petitioners

v.

DAVID STARR; BERNADETTE MAVRIKOS; EDMUND QUIAMBAO; JAMES TETTENHORST; JEREMY HANSEN; KRISTA KARO; ARLENE REED-COSSAIRT; PETER STAVROS; HEATHER FARKAS

        Respondents

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| Originating Court | United States District Court for the District of Maryland at Greenbelt |
|---|---|
| Date Petition Filed: | 02/12/2025 |
| Petitioners | VSL Pharmaceuticals, Inc.; Leadiant Biosciences, Inc.; Alfasigma USA, Inc. |
| Appellate Case Number | 25-115 |
| Case Manager | Cyndi Halupa<br>804-916-2704 |